JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7296
    Facsimile:      (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0910 (VRW) |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
|     v. ) | |
| AMALIA MONDRAGON-CARRILLO, ) | |
|     Defendant. ) | |

      On October 1, 2009, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties requested, and the Court agreed, to continue this matter for a status hearing and possible change of plea on October 15, 2009.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

      The defendant also agrees to exclude for this period of time any time limits applicable

STIP. & [PROPOSED] ORDER EXCL. TIME
MONDRAGON-CARRILLO; CR 09-0910(VRW)                                                             1

1  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
2  reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
3  3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
4  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
5  U.S.C. § 3161(h)(7)(A).
6  SO STIPULATED:

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

10  DATED: October 1, 2009         /s/
                                 BENJAMIN P. TOLKOFF
11                               Assistant United States Attorney

13  DATED: October 1, 2009         /s/
                                 ELIZABETH M. FALK
14                               Attorney for AMALIA MONDRAGON-CARRILLO

15     For the reasons stated above, the Court finds that the continuation of this matter from October
16  1, 2009, to October 15, 2009, is warranted and that the ends of justice served by the continuance
17  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
18  (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective
19  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
20  §3161(h)(7)(B)(iv).

22  SO ORDERED.

24  DATED: 10/19/2009
                                 _____
25                               HONORABLE VAUGHN R. WALKER
                                 Chief Judge

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER EXCL. TIME
MONDRAGON-CARRILLO; CR 09-0910(VRW)                                                   2