JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:     (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0910 (VRW) |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL |
|     v. ) | ACT, 18 U.S.C. § 3161 |
| AMALIA MONDRAGON-CARRILLO, ) | |
|     Defendant. ) | |

      On October 15, 2009, the parties in this case appeared before the Court for a status hearing. At that time, the parties requested, and the Court agreed, to continue this matter for a status hearing and possible change of plea on November 12, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

      The defendant also agrees to exclude for this period of time any time limits applicable

STIP. & [PROPOSED] ORDER EXCL. TIME
MONDRAGON-CARRILLO; CR 09-0910(VRW)         1

1  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
2  reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
3  3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
4  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
5  U.S.C. § 3161(h)(7)(A).
6  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

10  DATED: October 19, 2009          /s/
                                    BENJAMIN P. TOLKOFF
11                                  Assistant United States Attorney

13  DATED: October 19, 2009          /s/
                                    ELIZABETH M. FALK
14                                  Attorney for AMALIA MONDRAGON-CARRILLO

15      For the reasons stated above, the Court finds that the continuation of this matter from October
16  15, 2009, to November 12, 2009, is warranted and that the ends of justice served by the
17  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
18  U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the
19  defendant effective preparation of counsel, and would result in a miscarriage of justice.  18
20  U.S.C. §3161(h)(7)(B)(iv).

22  SO ORDERED.

24  DATED: Oct. 21, 2009

                                    HONORABLE
                                    Chief United States Judge Vaughn R Walker

*IT IS SO ORDERED* (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)