1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4

5  BENJAMIN P. TOLKOFF (NYB 4294443)
   Assistant United States Attorney

6

7      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
       Telephone:     (415) 436-7296

8      Facsimile:     (415) 436-7234
       Benjamin.Tolkoff@usdoj.gov

9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   CR 09-0910 (VRW)
                                      )
17        Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXCLUDING TIME UNDER SPEEDY TRIAL
18    v.                              )   ACT, 18 U.S.C. § 3161
                                      )
19 AMALIA MONDRAGON-CARRILLO,         )
                                      )
20        Defendant.                  )
                                      )
21 _____   )

22

23        On November 12, 2009, the parties in this case appeared before the Court for a status

   hearing.  At that time, the parties requested, and the Court agreed, to continue this matter for a
24
   change of plea on December 10, 2009.   The parties agree that, taking into account the public
25
   interest in prompt disposition of criminal cases, good cause exists for this extension.
26
          The defendant also agrees to exclude for this period of time any time limits applicable
27
   under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
28

STIP. & [PROPOSED] ORDER EXCL. TIME
MONDRAGON-CARRILLO; CR 09-0910(VRW)                                                    1

1    reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §

2    3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

3    continuance outweighed the best interests of the public and the defendant in a speedy trial.  18

4    U.S.C. § 3161(h)(7)(A).

5    SO STIPULATED:

6

7                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney

8

9    DATED: November 17, 2009              _____/s/_____
                                                BENJAMIN P. TOLKOFF
10                                              Assistant United States Attorney

11

12   DATED: November 17, 2009              _____/s/_____
                                                ELIZABETH M. FALK
13                                              Attorney for AMALIA MONDRAGON-CARRILLO

14       For the reasons stated above, the Court finds that the continuation of this matter from

15   November 12, 2009, to December 10, 2009, is warranted and that the ends of justice served by

16   the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

17   U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the

18   defendant effective preparation of counsel, and would result in a miscarriage of justice.  18

19   U.S.C. §3161(h)(7)(B)(iv).

20

21   SO ORDERED.

22

23   DATED:___12/9/2009___

24   HONOR_____
     Chief U_____
     IT IS SO ORDERED
25   Judge Vaughn R Walker

26

27

28