BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-910 VRW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING** |
| AMALIA MONDRAGON, | ) | |
| | ) | Date:  February 25, 2010 |
| Defendant. | ) | Time:  2:00 p.m. |
| | ) | Court: The Honorable Vaughn R. Walker |

## STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from February 25, 2010 until March 11, 2010 at 2:00 p.m. The purpose of the continuance is to enable defense counsel to provide all relevant mitigating sentencing information to the Probation Officer to ensure the Presentence Report is complete. Under the current schedule, the Presentence Report draft would need to be completed by mid January. This is not adequate time for defense counsel to provide the mitigating information to the Probation Officer, as defense counsel is trying to track down files and probation officers in Santa Rosa and Santa Clara counties.

Assistant United States Attorney Benjamin Tolkoff has no objection to continuing the sentencing to March 11, 2010, as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Brian Casai has been contacted by defense counsel, and

1  has no objection to continuing the sentencing to March 11, 2010 at 2:00 p.m.

3  IT IS SO STIPULATED:

5  DATED:    1/8/10                    _____/S/_____
                                       ELIZABETH M. FALK
6                                      Assistant Federal Public Defender

7  DATED:    1/8/10                    _____/S/_____
                                       BENJAMIN TOLKOFF
8                                      Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued from February 25, 2010 to March 11, 2010 at 2:00 p.m. It is further ORDERED that the Final Presentence Report is due to this Court no later than February 25, 2010.

DATED: January 12, 2010           _____
                                  THE HONORABLE VAUGHN R. WALKER
                                  CHIEF UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*