BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 09-910 VRW |
| vs. | ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING** |
| AMALIA MONDRAGON, | ) | Date: March 11, 2010 |
| Defendant. | ) | Time: 2:00 p.m. |
|  | ) | Court: The Honorable Vaughn R. Walker |

## STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from March 11, 2010 until April 1, 2010 at 2:00 p.m.   The purpose of the continuance is due to the fact that defense counsel has scheduled minor surgery for March 9, 2010, and is unsure that she will be able to attend court and effectively defend her client at sentencing on March 11, 2010. After conferring with the parties and their respective schedules, the parties have agreed to appear on April 1, 2010 for sentencing with the Court's permission.

Assistant United States Attorney Benjamin Tolkoff has no objection to continuing the sentencing to April 1, 2010, as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Brian Casai has been contacted by defense counsel, and

\\

\\

1  has no objection to continuing the sentencing to April 1, 2010 at 2:00 p.m.

3  IT IS SO STIPULATED.

5  DATED:    2/19/10                              /S/_____
                                                 ELIZABETH M. FALK
6                                                 Assistant Federal Public Defender

7  DATED:    2/19/10                              /S/_____
                                                 BENJAMIN TOLKOFF
8                                                 Assistant United States Attorney

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued from March 11, 2010 to April 1, 2010 at 2:00 p.m. It is further ORDERED that the Final Presentence Report is due to this Court no later than March 18, 2010

DATED:  2/23/2010                          _____
                                                 THE HONORABLE VAUGHN R. WALKER
                                                 CHIEF UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
/s/ Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIP & ORDER CONTINUING
SENTENCING - 09-910 VRW                          - 2 -